**Melvin Leroy TYLER, Appellant,**

v.

**Milt HARPER, Appellee.**

**No. WD 33251.**

Missouri Court of Appeals,
Western District.

July 27, 1982.

Melvin Leroy Tyler, pro se.

Earl F. Seitz, Powell & Seitz, Columbia, for appellee.

Before NUGENT, P. J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from judgment in favor of prosecuting attorney in suit for damages. The judgment is affirmed. Rule 84.16(b).

**Cynthia Cay DeFREECE, Appellant,**

v.

**Terry Lane DeFREECE, Respondent.**

**No. WD 33132.**

Missouri Court of Appeals,
Western District.

July 27, 1982.

Grace S. Day, St. Joseph, for appellant.

Vincent F. Igoe, Jr., Hale, Kincaid, Waters & Allen, P. C., Liberty, for respondent.

Before NUGENT, P. J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from judgment modifying dissolution decree by changing custody of minor child from the mother to the father.

Judgment affirmed. Rule 84.16(b).